UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN TURNER,<br><br>Plaintiff,<br><br>v.<br><br>KOVITZ SHIFRIN NESBIT,<br><br>Defendant. | No. 1:14-cv-00327<br><br>Magistrate Judge Daniel G. Martin |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with all matters in dispute between Plaintiff Brian Turner ("Plaintiff") and Kovitz Shifrin Nesbit ("Kovitz"), having been satisfactorily compromised and settled, the Parties, through their respective attorneys, hereby stipulate and agree to the entry of an Order dismissing Kovitz *with prejudice* from this action, with the Parties bearing their own costs and attorneys' fees.

For the reasons stated in the above stipulation, IT IS HEREBY ORDERED that Plaintiff's Complaint for Relief Pursuant to the Federal Fair Debt Collection Practices Act is dismissed *with prejudice*, with the Parties each bearing their own costs and attorneys' fees.

Dated: August 10, 2015                              ENTERED:

                                                    _____
                                                    Judge

APPROVED AND AGREED:

| BRIAN TURNER | KOVITZ SHIFRIN NESBIT |
|---|---|
| By his attorney: | By its attorney: |
| /s/ Mohammed O. Badwan | /s/ Jonathan N. Ledsky |
| Mohammed O. Badwan<br>mbadwan@sulaimanlaw.com<br>Sulaiman Law Group, Ltd.<br>900 Jorie Boulevard<br>Suite 150<br>Oak Brook, IL 60523<br>(630) 575-8181 | Jonathan N. Ledsky<br>jledsky@vblhc.com<br>Varga Berger Ledsky Hayes & Casey<br>125 South Wacker Drive<br>Suite 2150<br>Chicago, IL 60606<br>(312) 341-9400 |